No. 1881. PEOPLE, APPELLEE, *v.* GIL, APPELLANT.—Second District Court of San Juan. Adulteration of milk. Decided March 10, 1922. There was no bill of exceptions, statement of the case or brief filed and the record discloses no fundamental error. *Affirmed.*

No. 1884. PEOPLE, APPELLEE, *v.* FERRER, APPELLANT. — District Court of Arecibo. Aggravated assault and battery. Decided March 13, 1922. There was no bill of exceptions, statement of the case or brief filed and the record discloses no fundamental error. *Affirmed.*

No. 1885. PEOPLE, APPELLEE, *v.* VÁZQUEZ, APPELLANT. — District Court of Aguadilla. Decided March 13, 1922. There was no bill of exceptions, statement of the case or brief filed and the record discloses no fundamental error. *Affirmed.*

No. 347. ALCAIDE, PETITIONER, *v.* DÍAZ CINTRÓN, DISTRICT JUDGE, RESPONDENT. — Certiorari. Decided March 16, 1922. The petition alleged no defect of jurisdiction or procedure and the fact that the writ would be more speedy than an appeal was held not to be sufficient. *Petition denied.*

No. 2675. MUNICIPALITY OF GURABO, APPELLEE, *v.* COBB ET AL., APPELLANTS.—District Court of Humacao. Decided March 16, 1922. Motion by appellants withdrawing appeal. *Appeal withdrawn.*

No. 1887. PEOPLE, APPELLEE, *v.* VERA, APPELLANT. — District Court of Aguadilla. Seduction. Decided March 16, 1922. There was no bill of exceptions, statement of the case or brief filed and the record discloses no fundamental error. *Affirmed.*

No. 1890. PEOPLE, APPELLEE, *v.* AYALA, APPELLANT. — First District Court of San Juan. Carrying arms. Decided March 17, 1922. There was no bill of exceptions, statement of the case or brief filed and the record discloses no fundamental error. *Affirmed.*